# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 11, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138112

IN RE ATTORNEY FEES OF UJLAKY
_____

PEOPLE OF THE STATE OF MICHIGAN
      Plaintiff-Appellee,

v

TAMARA ANN McCRACKEN,
      Defendant-Appellant.

SC: 138112
COA: 288247
Washtenaw CC: 06-000903-FH

_____/

On order of the Court, the application for leave to appeal the December 23, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2009

_____
Clerk